In the Matter of the Final Judicial Settlement of the Account of LOCKPORT EXCHANGE TRUST COMPANY, as Trustee under the Last Will and Testament of ADELAIDE C. BEVERLY, Deceased.— Decree affirmed, with costs against the appellant. All concur. (The decree judicially settles the accounts of a trustee.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

GEORGE E. SHATTUCK, an Infant, by GEORGE W. SHATTUCK, His Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23449.) — Judgment affirmed, with costs. Memorandum: In affirming this judgment we place reliance upon the finding, which is supported by the evidence, that this claimant is so mentally deficient that he was unable to care for himself. All concur, except Crosby, J., who dissents and votes for reversal and for dismissal of the complaint. (The judgment awards the claimant damages for personal injuries sustained while escaping from an institution for mental defectives.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [166 Misc. 271.]

In the Matter of the Application of JOSEPH B. FORD, Petitioner, for an Order against THOMAS L. HOLLING, Mayor of the City of Buffalo, New York, and FRANK G. RAICHLE, Respondents.— Action of the respondent removing the petitioner as a member of the municipal civil service commission of the city of Buffalo, confirmed and proceeding dismissed on the merits, without costs. All concur. (Proceeding to review action of defendant in removing petitioner from the office of municipal civil service commissioner of the city of Buffalo.) Present — Lewis, Cunningham, Taylor and Dowling, JJ.